ATTACHMENT A

| |
|---|
| 2:15-mj-00556-EPD |
| 2:15-mj-00558-EPD |
| 2:15-mj-00568-EPD |
| 2:15-mj-00569-EPD |
| 2:15-mj-00570-EPD |
| 2:15-mj-00721-EPD |
| 2:15-mj-00789-EPD |
| 2:15-mj-00809-EPD |
| 2:16-mj-00221-EPD |
| 2:16-mj-00298-EPD |
| 2:16-mj-00299-EPD |
| 2:16-mj-00300-EPD |
| 2:16-mj-00455-EPD |
| 2:16-mj-00456-EPD |
| 2:16-mj-00457-EPD |
| 2:16-mj-00458-EPD |
| 2:16-mj-00459-EPD |
| 2:16-mj-00460-EPD |
| 2:17-mj-00157-EPD |
| 2:17-mj-00331-EPD |
| 2:17-mj-00332-EPD |
| 2:17-mj-00333-EPD |
| 2:17-mj-00334-EPD |
| 2:17-mj-00595-EPD |
| 2:17-mj-00596-EPD |
| 2:17-mj-00751-EPD |
| 2:18-mj-00852-EPD |
| 2:18-mj-00854-EPD |
| 2:18-mj-00855-EPD |
| 2:18-mj-00856-EPD |
| 2:18-mj-00884-EPD |
| 2:18-mj-00886-EPD |
| 2:19-mj-00097-EPD |
| 2:19-mj-00098-EPD |
| 2:19-mj-00099-EPD |
| 2:19-mj-00100-EPD |
| 2:19-mj-00101-EPD |
| 2:19-mj-00102-EPD |
| 2:19-mj-00215-EPD |

| |
|---|
| 2:19-mj-00216-EPD |
| 2:19-mj-00217-EPD |
| 2:19-mj-00218-EPD |
| 2:19-mj-00219-EPD |
| 2:19-mj-00220-EPD |
| 2:19-mj-00221-EPD |
| 2:19-mj-00222-EPD |
| 2:19-mj-00223-EPD |
| 2:19-mj-00224-EPD |
| 2:19-mj-00225-EPD |
| 2:19-mj-00226-EPD |
| 2:19-mj-00227-EPD |
| 2:19-mj-00228-EPD |
| 2:19-mj-00229-EPD |
| 2:19-mj-00256-EPD |
| 2:19-mj-00257-EPD |
| 2:19-mj-00258-EPD |
| 2:19-mj-00259-EPD |
| 2:19-mj-00260-EPD |
| 2:19-mj-00261-EPD |
| 2:19-mj-00262-EPD |
| 2:19-mj-00279-EPD |
| 2:19-mj-00424-EPD |
| 2:19-mj-00427-EPD |
| 2:19-mj-00452-EPD |
| 2:19-mj-00454-EPD |
| 2:19-mj-00455-EPD |
| 2:19-mj-00456-EPD |
| 2:19-mj-00457-EPD |
| 2:19-mj-00458-EPD |
| 2:19-mj-00472-EPD |
| 2:19-mj-00473-EPD |
| 2:19-mj-00474-EPD |
| 2:19-mj-00475-EPD |
| 2:19-mj-00490-EPD |
| 2:19-mj-00491-EPD |
| 2:19-mj-00492-EPD |
| 2:19-mj-00494-EPD |
| 2:19-mj-00495-EPD |
| 2:19-mj-00498-EPD |
| 2:19-mj-00537-EPD |
| 2:19-mj-00539-EPD |
| 2:19-mj-00540-EPD |

| |
|---|
| 2:19-mj-00541-EPD |
| 2:19-mj-00542-EPD |
| 2:19-mj-00543-EPD |
| 2:19-mj-00556-EPD |
| 2:19-mj-00626-EPD |
| 2:19-mj-00629-EPD |
| 2:19-mj-00644-EPD |
| 2:19-mj-00649-EPD |
| 2:19-mj-00655-EPD |
| 2:19-mj-00656-EPD |
| 2:19-mj-00657-EPD |
| 2:19-mj-00658-EPD |
| 2:19-mj-00659-EPD |
| 2:19-mj-00660-EPD |
| 2:19-mj-00955-EPD |
| 2:19-mj-00956-EPD |
| 2:19-mj-00959-EPD |
| 2:19-mj-00960-EPD |
| 2:19-mj-00961-EPD |
| 2:20-mj-00335-EPD |
| 2:20-mj-00596-EPD |
| 2:20-mj-00751-EPD |
| 2:21-mj-00025-EPD |
| 2:21-mj-00026-EPD |
| 2:21-mj-00027-EPD |
| 2:21-mj-00184-EPD |
| 2:21-mj-00186-EPD |
| 2:21-mj-00187-EPD |
| 2:21-mj-00196-EPD |
| 2:21-mj-00539-EPD |
| 2:21-mj-00540-EPD |
| 2:21-mj-00541-EPD |
| 2:21-mj-00604-EPD |
| 2:21-mj-00629-EPD |
| 2:21-mj-00630-EPD |
| 2:21-mj-00746-EPD |
| 2:21-mj-00747-EPD |
| 2:21-mj-00748-EPD |
| 2:21-mj-00750-EPD |
| 2:21-mj-00752-EPD |
| 2:22-mj-00077-EPD |
| 2:22-mj-00085-EPD |
| 2:22-mj-00092-EPD |

| |
|---|
| 2:22-mj-00101-EPD |
| 2:22-mj-00102-EPD |
| 2:22-mj-00113-EPD |
| 2:22-mj-00133-EPD |
| 2:22-mj-00135-EPD |
| 2:22-mj-00136-EPD |
| 2:22-mj-00137-EPD |
| 2:22-mj-00330-EPD |
| 2:22-mj-00334-EPD |
| 2:22-mj-00335-EPD |
| 2:22-mj-00336-EPD |
| 2:22-mj-00337-EPD |
| 2:22-mj-00574-EPD |
| 2:22-mj-00576-EPD |
| 2:22-mj-00758-EPD |
| 2:22-mj-00759-EPD |